IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     Plaintiff,   v.   MORRIS PINSKY, MARGARETHA PINSKY, and BANK OF AMERICA,     Defendants. | Civil No. 1:10-cv-02280-JBS |

### JUDGMENT AGAINST DEFENDANT BANK OF AMERICA

Having considered the UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT BANK OF AMERICA, any opposition thereto, and the entire record of this proceeding, it is this 29th day of June, 2012, at Camden, New Jersey, it is

ORDERED that the United States motion for a default judgment is GRANTED; and it is

ORDERED that defendant Bank of America does not have an interest in the real property located at 17 Devon Court, Haddon Township, New Jersey 08033, and more fully described as:

> Land and premises situate in the Township of Haddon, in the County of Camden and the State of New Jersey:
>
> BEGINNING at a point in the Northerly line of Devon Court distant 360 feet Northwardly, Northeastwardly and Eastwardly measured along the tangent and curved Westerly, Northwesterly and Northerly lines of Devon Court from the Northerly end of the curve connecting the Westerly

line of Devon Court with the Northerly line of Graisbury Avenue, said connecting curve having a radius of 20 feet; said beginning point being in the division line between Lots 9 and 10 on plan hereinafter mentioned; thence North 80 degrees, 03 minutes, 08 seconds East along the Northerly line of Devon Court, 22.44 feet to a point of curve in same; thence Eastwardly along the curved Northerly line of Devon Court curving to the left with a radius of 139.79 feet, an arc distance of 53.89 feet to a point in the division line between Lots 10 and 11, said plan; thence North 9 degrees, 56 minutes, 52 seconds West along the division line between lots 10 and 11, said plan 110.64 feet to a point in the curved Southerly line of lands of West Jersey and Seashore Railroad (Westville-Haddonfield cutoff); thence Westwardly along the curved Southerly line of said lands curving to the right with a radius of 2942.43 feet, an arc distance of 75.03 feet to a point in the division line between Lots 9 and 10, said plan; thence South 9 degrees, 56 minutes, 52 seconds East along the last mentioned division line 122.81 feet to the place of beginning.

BEING known as Lot 10, Plan of Lots, Crystal Park Homes, dated October 1952 made by John H. Osler, P.E. & L.S.

BEING the same land and premises which became vested in Harry R. Greenetz and Flora F. Greenetz, his wife, by Deed from Haddon Construction Co. (Corp. N.J.), dated 11-19-54, recorded 11-22-54 in the Register of Deeds Office of Camden Co., in Deed Book 1872, page 138.

Entered this 29th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE